[Nos. 33523-2-III; 32930-5-III.   Division Three.   January 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVARO MOISES RAMOS, *Appellant*.

*In the Matter of the Personal Restraint of* ALVARO MOISES RAMOS, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00754-1, Evan E. Sperline, J., entered May 26, 2015, together with a petition for relief from personal restraint. Judgment *reversed in part* and *remanded* and petition *dismissed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33642-5-III.   Division Three.   January 24, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. JASON ALLEN GRAHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00202-2, Maryann C. Moreno, J., entered July 7, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33652-2-III.   Division Three.   January 24, 2017.]

*In the Matter of the Custody of* S.S. ET AL.

B.S., *Appellant*, v. R.S., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-3-01029-4, Blaine G. Gibson, J., entered June 25, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.